In the Matter of JOMO WILLIAMS, Appellant, v MARY H. SMITH et al., Respondents.

Submitted June 14, 2004; decided August 31, 2004

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.